FILED
18-1184
12/14/2018 5:16 PM
tex-29770338
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

**CAUSE NO. 18-1184**

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE |
| | § | SUPREME COURT |
| S.T., A JUVENILE | § | OF TEXAS |

**SUPPORT FOR REQUEST FOR EXEMPTION**

Pursuant to the Court's instructions, counsel hereby attaches the order of appointment in the trial court.

Respectfully submitted,

**/s/ Julie Balovich**
Julie Balovich
SBN 24036182
jbalovich@trla.org
Starr County Public Defender
310 E. Mirasoles
Rio Grande City, Texas 78582
Tel: 956-271-0712
Fax: 956-263-1339

**CERTIFICATE OF SERVICE**

I certify that I have served the Starr County Attorney with this document via email to starrcountyattorney@rgv.rr.com and via service through Texas Efiling on December 14, 2018.

**/s/ Julie Balovich**

CAUSE NO: JV-17-035

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE COUNTY COURT |
| | § | |
| S███████ T████ | § | AT LAW |
| | § | |
| | § | |
| A MINOR CHILD | § | STARR COUNTY, TEXAS |

## ORDER OF APPOINTMENT OF COUNSEL

On the 14th day of August, 2017 a petition was filed alleging that

above referenced juvenile has engaged in delinquent conduct.

Said minor is entitled to an Attorney in order to advise said minor of

his legal rights.

It is therefore ordered that TRLA, a licensed collective of attorneys, be and is

appointed to represent the child in this cause.

Signed this 16th day of August, 2017.

_____
**JUDGE PRESIDING**

CC: Elizabeth Castillo                                      Via Fax: (956) 263-1339
Chief Public Defender
Starr County Regional Public Defender
Texas RioGrande Legal Aid, Inc.
310 E. Mirasoles Street
Rio Grande City, Texas 78582-4406

You are hereby notified that the above styled and numbered cause will be set on
**08/24/2017** at 09:00 a.m. for Subsequent Detention Hearing

C00017